**Order entered March 31, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-19-01431-CV**

**TOWN OF HIGHLAND PARK, Appellant**

**V.**

**TIFFANY RENEE MCCULLERS, INDIVIDUALLY AND FOR THE BENEFIT OF CALVIN MARCUS MCCULLERS AND CALVIN BENNETT MCCULLERS AND ANF OF C.J., MINOR, AND SONYA HOSKINS, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-08709**

**ORDER**

Before the Court is appellant's March 27, 2020 unopposed motion for an extension of time to file appellant's opening brief. We **GRANT** the motion and **ORDER** appellant's opening brief to be filed on or before April 13, 2020.

/s/     BILL WHITEHILL
JUSTICE